1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9
10
11
12
13
14
15
16
17
18

| | |
|---|---|
| RUBEN R. MARTINEZ, | CV F 05-0425 REC WMW HC |
| Petitioner, | ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS |
| v. | [Doc. 16] |
| PEOPLE STATE OF CALIFORNIA, | |
| Respondent. | |

19
20
21
22
23

        Petitioner is a prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254.   On July 21, 2006, Petitioner filed a motion for an extension of time to file an opposition to Respondent's motion to dismiss.  Good cause appearing, Petitioner's motion is HEREBY GRANTED.  Petitioner is granted thirty (30) days from the date of service of this order within which to file his opposition to Respondent's motion to dismiss.

24

        IT IS SO ORDERED.

25

**Dated:    August 3, 2006**          _____/s/  William M. Wunderlich_____
bl0dc4                               UNITED STATES MAGISTRATE JUDGE

26
27
28