UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN R. MARTINEZ,<br><br>    Petitioner,<br><br>    v.<br><br>PEOPLE STATE OF CALIFORNIA,<br><br>    Respondent. | 1:05-CV-00425-WMW-HC<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS<br>(DOCUMENT #19) |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On September 7, 2006, petitioner filed a request to extend time to file an opposition to the motion to dismiss filed by respondent on June 23, 2006. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file a response to respondent's motion to dismiss.

IT IS SO ORDERED.

**Dated:   October 3, 2006**              /s/  **William M. Wunderlich**
j14hj0                                              UNITED STATES MAGISTRATE JUDGE